**Mark A. WARD, Plaintiff—Appellant,**

v.

**Peter E. MALONEY, Plan Adminis-trator, LIN Television Corpora-tion, Defendant—Appellee.**

No. 07–1793.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 15, 2007.

Mark A. Ward, Appellant Pro Se. William McCardell Furr, Willcox & Savage, Norfolk, Virginia; Robert K. Taylor, Par-tridge, Snow & Hahn, LLP, Providence, Rhode Island, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Ward appeals the district court's order denying his post judgment motion for the district court judge to re-cuse himself. We have reviewed the rec-ord and find no reversible error. Accord-ingly, we affirm for the reasons stated by the district court. *Ward v. Maloney,* No. 1:05–cv–00424 (M.D.N.C. July 30, 2007). We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*